IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

IN RE:

| | | |
|---|---|---|
| Starr Shannell Myers | * | Case No. 18-21762 |
| Debtors | * | Chapter 13 |
| Starr Shannell Myers | * | Account No.: 4336 |
| Movant s | * | |
| v. | * | |
| Santander Consumer USA, Inc. | * | |
| Respondent | * | |

## MOTION TO VALUE COLLATERAL
## AND TO AVOID SECURITY INTEREST ON 2008 Toyota Sienna

Starr Shannell Myers, Movant, by her attorney David M. Grossman, moves this Honorable Court as follows:

1. That on September 5, 2018 Movant initiated proceedings in this Court seeking relief under Chapter 13, Title 11, of the United States Code,

2. This Motion is filed pursuant to 11 U.S.C. §506 and Local Rule 3012-2 seeking to value collateral and to modify the interest rate.

3. Santander Consumer USA, Inc. ("respondent") is in the business of lending money to individuals and does business within the State of Maryland.

4. At the time of the filing of the bankruptcy case, the debtor owned and still owns a 2008 Toyota Sienna ("the vehicle") against which the respondent holds a perfected purchase money security interest and lien under an agreement dated October 12, 2013.

5. The debt with Respondent was not incurred within 910 days preceding the date of the filing of the petition.

6. Pursuant to the claim filed by Respondent the pre-petition amount of the secured obligation owed by the debtor under the agreement to the respondent is $11,707.33.

7. The debtor states that the retail value of the collateral is $6,025.00 based upon its age,

mileage, and condition as shown in the NADA Guides, a copy of which is attached hereto as Exhibit A and is incorporated by reference

8. The debtor asserts that a rate of interest of 5.75% is a fair market rate of return for the vehicle in the present market.

**WHEREFORE**, for the foregoing reasons, Movant requests that this Honorable Court:

A. Determine the applicable rate of interest payable on the allowed secured claim of the respondent to be in the amount of 5.75% per annum; and

B. And for such other relief as this Court may deem to be just and proper.

DATE: October 10, 2018

   /s/ David Grossman   
DAVID M. GROSSMAN
201 N. Charles St., Suite 1504
Baltimore, Maryland 21201
(410) 752-6088
Federal Bar ID No.: 07461
David@Davidgrossmanlaw.com
Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2018, copies of the foregoing Notice were served on all parties set forth on the attached Claim's Register and the parties listed below by first class mail:

Santander Consumer USA, Inc.
c/o RESIDENT AGENT
The Corporation Trust Incorporated
2405 YORK ROAD, Suite 201
LUTHERVILLE TIMONIUM MD 21093-2264

Santander Consumer USA, Inc.
c/o Abel Marin
PO Box 961245
Fort Worth, TX 76161-1245
*(Individual who signed a proof of claim filed by respondent)*

Nancy Spencer Grigsby
185 Admiral Cochrane Dr
Suite 240
Annapolis MD 21401

Starr Myers
1235 Kevin Rd.
Baltimore, MD 21229

   /s/ David M. Grossman   
DAVID M. GROSSMAN
Attorney for Movant